IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DORA E. CAUDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:14-cv-00031 |
| ) | |
| CHRISTOPHER D. COLANDENE, et al., ) | By: Elizabeth K. Dillon |
| ) | United States District Judge |
| Defendants. ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is ORDERED that:

1. The February 27, 2015 report and recommendation by the magistrate judge is ADOPTED IN PART and REJECTED IN PART, as set forth in the opinion; and

2. Doe defendants 1–20 are DISMISSED WITHOUT PREJUDICE;

3. Defendants' motion for summary judgment is GRANTED;

4. Plaintiff's motion for summary judgment is DENIED;

5. Defendants FCRAA, Colandene, and Bobzien—and all claims against them—are hereby DISMISSED WITH PREJUDICE; and

6. This case is stricken from the active docket of this court.

The clerk is directed to send a copy of this order and the accompanying memorandum opinion to all counsel of record and directly to Ms. Caudle at her address of record.

Entered: June 30, 2015.

*Elizabeth K. Dillon*
United States District Judge